AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tilley, Jr., Norwood C. | U.S. District Court, MDNC | 07/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

PO Box 3443, Room 303
324 West Market Street
Greensboro, NC 27402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitors | Wake Forest University School of Law |
| 2. | Director | Chief Justice Joseph Branch Inn (American Inns of Court) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State retirement income from service as an administrator (Davidson County Community College) |
| 2. | 2013 | Land rent (inherited property) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo, 3 IRAs (CDs) | A | Interest | L | T | | | | | |
| 2. First Citizens Bank & Trust, 2 IRAs | A | Interest | K | T | | | | | |
| 3. MFS Heritage IRA (Mutual), MFS Capital Opportunities Fund | A | Interest | K | T | | | | | |
| 4. First Citizens Bank & Trust Savings Acct | A | Interest | K | T | | | | | |
| 5. Truliant Federal Credit Union Checking Acct | A | Interest | J | T | | | | | |
| 6. First Citizens Bank & Trust Quest Acct | A | Interest | K | T | | | | | |
| 7. NewBridge Bank Checking Acct | A | Interest | J | T | | | | | |
| 8. State Employees Credit Union Money Market Acct | A | Interest | L | T | | | | | |
| 9. Merrill Lynch Investment Acct #1 (H) | | | | | | | | | |
| 10. - Cash (X) | A | Interest | K | T | | | | | |
| 11. - BNC Bancorp | A | Dividend | J | T | | | | | |
| 12. - BB&T Corporation | A | Dividend | J | T | | | | | |
| 13. - Coca Cola Corn | A | Dividend | K | T | | | | | |
| 14. - Comcast Corp New CL A | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 15. - Duke Energy Corp New | B | Dividend | K | T | | | | | |
| 16. - NewBridge Bancorp | | | L | T | | | | | |
| 17. - Spectra Energy Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Stryker Corp | A | Dividend | J | T | | | | | |
| 19. - Home Depot Inc | A | Dividend | J | T | Sold (part) | 03/13/13 | J | B | |
| 20. - PepsiCo Inc | A | Dividend | J | T | Sold (part) | 03/13/13 | J | B | |
| 21. - American Funds - High Income Trust CL A | A | Dividend | J | T | | | | | |
| 22. - American Funds - Bond Fund of America CL A | A | Dividend | J | T | | | | | |
| 23. - American Funds - Capital Income Builder Fund CL A | A | Dividend | J | T | | | | | |
| 24. - American Funds - Capital World Growth & Income Fund CL A | A | Dividend | J | T | | | | | |
| 25. - American Funds - Fundamental Investors CL A | A | Dividend | K | T | | | | | |
| 26. - American Funds - Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 27. - American Funds - New Economy Fund CL A | A | Dividend | J | T | | | | | |
| 28. - Bank of America Corp | A | Dividend | J | T | | | | | |
| 29. - Pfizer Inc | A | Dividend | J | T | | | | | |
| 30. - Loomis Sayles Strategic Income Fund CL C | B | Dividend | | | Sold | 07/30/13 | L | D | |
| 31. - Lord Abbett - Short Duration Income Fund | A | Dividend | L | T | Buy | 07/30/13 | L | | |
| 32. - McDonalds Corp | A | Dividend | J | T | | | | | |
| 33. - Zoetis Inc (X) | A | Dividend | J | T | | | | | |
| 34. - Lord Abbett - Intermediate Tax Free (X) | A | Dividend | | | Sold | 12/31/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lexington Women's Investment Club | A | Dividend | K | T | | | | | |
| 36. - Apple Inc | | | | | | | | | |
| 37. - Abbott Laboratories | | | | | | | | | |
| 38. - AFLAC Incorporated | | | | | | | | | |
| 39. - Berkshire Hathaway Inc | | | | | | | | | |
| 40. - Caterpiller, Inc | | | | | Sold | 12/04/13 | J | A | |
| 41. - Chevron Corporation | | | | | | | | | |
| 42. - Walt Disney Company | | | | | Sold | 12/04/13 | J | A | |
| 43. - Duke Energy Corp | | | | | | | | | |
| 44. - General Electric Company | | | | | Sold | 12/04/13 | J | | |
| 45. - Corning Incorporated | | | | | Sold | 12/04/13 | J | | |
| 46. - Google Inc | | | | | | | | | |
| 47. - HCP, Inc | | | | | | | | | |
| 48. - Johnson & Johnson | | | | | | | | | |
| 49. - Allscripts-Misys Healthcare (Y) | | | | | | | | | |
| 50. - Microsoft Corporation | | | | | Sold | 12/04/13 | J | A | |
| 51. - Pepsico, Inc | | | | | Sold (part) | 12/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Proctor & Gamble Company | | | | | | | | | |
| 53. - Royal Dutch Shell PLC | | | | | Buy (add'l) | 03/28/13 | J | | |
| 54. | | | | | Sold (part) | 03/28/13 | J | | |
| 55. | | | | | Sold | 12/04/13 | J | A | |
| 56. - Sprint Nextel Corporation | | | | | Sold | 08/26/13 | J | A | |
| 57. - Spectra Energy Corp | | | | | | | | | |
| 58. - Verizon Communications, Inc | | | | | | | | | |
| 59. - Wells Fargo & Company | | | | | Sold | 12/04/13 | J | | |
| 60. - MEMC Electronic Materials, Inc | | | | | Sold | 02/05/13 | J | | |
| 61. - Wal-Mart Stores, Inc | | | | | Sold | 12/04/13 | J | A | |
| 62. - Aeropostale Inc (Y) | | | | | | | | | |
| 63. - Targacept Inc (Y) | | | | | | | | | |
| 64. - Google Inc (Y) | | | | | | | | | |
| 65. - Hatteras Financial Corp | | | | | Sold | 04/24/13 | J | | |
| 66. - Visa Inc | | | | | | | | | |
| 67. - 3M Co. | | | | | Sold (part) | 02/05/13 | J | A | |
| 68. - Exelon Corp | | | | | Sold | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Sysco Corp | | | | | Sold | 12/04/13 | J | A | |
| 70. - Canon, Inc | | | | | Sold | 07/31/13 | J | | |
| 71. - Google, Inc (Y) | | | | | | | | | |
| 72. - Verizon Communications, Inc (Y) | | | | | | | | | |
| 73. - Intell Corp | | | | | Sold | 12/04/13 | J | A | |
| 74. - PPG Industries, Inc | | | | | Sold | 02/05/13 | J | A | |
| 75. - Royal Dutch Shell Spons ADF A (Y) | | | | | | | | | |
| 76. - Southwestern Energy Co | | | | | | | | | |
| 77. - Annaly Capital Management REIT | | | | | Sold | 04/24/13 | J | | |
| 78. - McDonalds Corp | | | | | Sold | 12/04/13 | J | | |
| 79. - Cerner Corp | | | | | Sold | 12/04/13 | J | A | |
| 80. - Royal Dutch Shell (Y) | | | | | | | | | |
| 81. - Facebook, Inc | | | | | Sold | 12/04/13 | J | A | |
| 82. - Norfork Southern Corp | | | | | Sold | 12/04/13 | J | A | |
| 83. - Windstream Corp | | | | | Sold | 12/04/13 | J | | |
| 84. - Old Dominion Freight Line, Inc | | | | | | | | | |
| 85. - McDonald's Corp (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Dassault Sys | | | | | Buy | 08/29/13 | J | | |
| 87. | | | | | Sold | 12/04/13 | J | | |
| 88. - Abbvie Inc (X) | | | | | | | | | |
| 89. Merrill Lynch Investment Acct #2 (H) | | | | | | | | | |
| 90. - Leggett & Platt Inc. PV1CT | A | Dividend | J | T | | | | | |
| 91. - Duke Energy Corp NEW | B | Dividend | K | T | | | | | |
| 92. - Sysco Corporation | A | Dividend | K | T | | | | | |
| 93. - Lord Abbett Intermediate Tax Free C (X) | A | Dividend | | | Sold | 12/31/13 | J | | |
| 94. - Cash (Y) | | | | | | | | | |
| 95. Merrill Lynch IRA #1 | | | | | | | | | |
| 96. - Lifepoints Moderate Strategy FD CL S (Y) | | | | | | | | | |
| 97. - Cash (Y) | | | | | | | | | |
| 98. - Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 99. - John Hancock Classic Value Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 100. - Mainstay Large Cap Growth Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 101. - Oppenheimer Rising Dividends Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 102. - The Oakmark International Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Merrill Lynch IRA #2 | | | | | | | | | |
| 104. - Cash | A | Interest | J | T | | | | | |
| 105. - Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 106. - DJIA LIRN (Issuer BAC) | A | Dividend | J | T | Buy | 09/26/13 | J | | |
| 107. - American Growth Fund of America CL C | A | Dividend | J | T | | | | | |
| 108. - American Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 109. - American Investment Co of America CL A | A | Dividend | K | T | | | | | |
| 110. - Blackrock Global Allocation Fund Inc C | A | Dividend | K | T | | | | | |
| 111. - Columbia Acorn Fund CL A | A | Dividend | K | T | | | | | |
| 112. - Delaware Small Cap Core Fund CL C | A | Dividend | J | T | | | | | |
| 113. - First Eagle Global Class C | A | Dividend | K | T | | | | | |
| 114. - Franklin Income Fund CL C | A | Dividend | J | T | | | | | |
| 115. - Lord Abbett Short Duration Income Fund C | A | Dividend | J | T | | | | | |
| 116. - MFS Emerging Markets Debt Fund CL C | A | Dividend | J | T | | | | | |
| 117. - Putnam Equity Income Fund CL A | A | Dividend | K | T | | | | | |
| 118. Merrill Lynch IRA #3 | | | | | | | | | |
| 119. - Cash (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - American Fundamental Investors Inc CL A (Y) | | | | | | | | | |
| 121. - American New Perspective Fund CL A (Y) | | | | | | | | | |
| 122. - Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 123. - Dreyfus Appreciation Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 124. - John Hancock Classic Value Fund CL I | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 125. - Mainstay Large Cap Growth Fund CL I | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 126. - Oppenheimer Risiing Dividends Fund CL Y | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 127. - The Oakmont International Fund | A | Dividend | J | T | Buy | 10/11/13 | J | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - moved prior year line #7 to line #11 this year, as this was a stock (Bank of North Carolina - BNC Bancorp) that should have been reported under the Merrill Lynch account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Norwood C. Tilley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544